```
 1  MARK J. BOURASSA, ESQ.
    Nevada Bar No. 7999
 2  TRENT L. RICHARDS, ESQ.
    Nevada Bar No. 11448
 3  THE BOURASSA LAW GROUP
    7575 Vegas Drive, Suite 150
 4  Las Vegas, Nevada 89128
    Tel: (702) 851-2180
 5  Fax: (702) 851-2189
    mbourassa@blgwins.com
 6  trichards@blgwins.com
 7  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CARSON, an individual, | Case No.: 2:16-cv-02274-APG-PAL |
| Plaintiff, | |
| vs. | |
| CREDIT PROTECTION ASSOCIATION, L.P., a Texas limited partnership, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, CHRISTOPHER CARSON, by and through his attorneys of record, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of the Bourassa Law Group, and Defendant, CREDIT PROTECTION ASSOCIATION, L.P., by and through its counsel Michael R. Ayers, Esq. of Hinshaw & Culbertson LLP, that Plaintiff's claims against Defendant be dismissed in their entirety **with prejudice**, as to each party, with each party to bear their own attorneys' fees and costs.

\\\

\\\

\\\

The trial in this matter has not been set, although a scheduling order was entered.

| **Plaintiff:** | **Defendant:** |
| --- | --- |

DATED this 3rd day of April, 2017        DATED this 3rd day of April, ,2017

BOURASSA LAW GROUP                HINSHAW & CULBERTSON LLP

By: _/s/ Mark J. Bourassa_         By: ___/s/ Michael R. Ayers_____
   MARK J. BOURASSA, ESQ.              MICHAEL R. AYERS, ESQ.
   Nevada Bar No. 7999                  Nevada Bar No. 10851
   TRENT L. RICHARDS, ESQ.              2375 E Camelback Road, Suite 750
   Nevada Bar No. 11448                 Phoenix AZ 85016
   8668 Spring Mountain Rd., Suite 101  Telephone: (602) 631-4400
   Las Vegas, Nevada 89117              Facsimile:  (602) 631-4404
   Telephone: (702) 851-2180            *Attorneys for Defendant*
   Facsimile: (702) 851-2189
   *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  4/3/2017
CASE NO.: 2:16-cv-02274-APG-PAL